Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Paul Velgos*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL VELGOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALPHA OMEGA CONTRACTORS, INC.,<br><br>　　　　　Defendant. | CASE NO.: 8:25-cv-01474<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff PAUL VELGOS by and through his undersigned counsel, brings this Complaint against Defendant ALPHA OMEGA CONTRACTORS, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.　Plaintiff PAUL VELGOS ("Velgos") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Velgos' original copyrighted Work of authorship.

2. Velgos is a professional photographer who specializes in high-quality cityscape, landscape, and beach photography. His work is available to purchase as prints and licensed for digital download. Velgos has licensed his work over 20,000 times for use in movies, television, books, magazines, websites, prints, wall decor, and more by some of the world's most well-known businesses, including Forbes, The Wall Street Journal, Time, Yahoo! and ABC News. Velgos frequently works directly with businesses and partners with advertising agencies, art consultants, and design consultants on projects.

3. Defendant ALPHA OMEGA CONTRACTORS, INC. ("Alpha Omega") is a general contracting and construction management company for commercial, retail and industrial properties in Southern California. Alpha Omega specializes in capital improvements & spec suites, commercial & industrial interiors, medical & life sciences, dental, and retail spaces. At all times relevant herein, Alpha Omega owned and operated the website located at the internet URL https://aocontractors.com/ (the "Website").

4. Velgos alleges that Defendant copied Velgos' copyrighted Work from the internet in order to advertise, market and promote its business activities. Alpha Omega committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Alpha Omega's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Alpha

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                          CASE NO.: 8:25-cv-01474

Omega engaged in infringement in this district, Alpha Omega resides in this district, and Alpha Omega is subject to personal jurisdiction in this district.

## DEFENDANT

9. Alpha Omega Contractors, Inc. is a California Corporation, with its principal place of business at 3972 Barrance Parkway, Suite J141, Irvine, California, 92606, and can be served by serving its Registered Agent, David C. Jalaty, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2013, Velgos created the photograph entitled "Orange County California Office Buildings Picture," which is shown below and referred to herein as the "Work".



COMPLAINT FOR COPYRIGHT INFRINGEMENT                                            CASE NO.: 8:25-cv-01474

11. Velgos registered the Work with the Register of Copyrights on June 1, 2013 as part of a group registration. The Group Registration was assigned registration number VAu 1-145-990. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Velgos was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY ALPHA OMEGA

13. Alpha Omega has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Alpha Omega copied the Work.

15. On or about July 11, 2023,Velgos discovered the unauthorized use of his Work on the Website in a post dated May 4, 2022 entitled "The Rise of Commercial Construction in Orange County, California."

16. Alpha Omega copied Velgos' copyrighted Work without Velgos' permission.

17. After Alpha Omega copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its construction business.

18. Alpha Omega copied and distributed Velgos' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Velgos' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

20. Alpha Omega committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Velgos never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Velgos notified Alpha Omega of the allegations set forth herein on January 22, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Velgos incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Velgos owns a valid copyright in the Work at issue in this case.

25. Velgos registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Alpha Omega copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Velgos' authorization in violation of 17 U.S.C. § 501.

27. Alpha Omega performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Velgos has been damaged.

30. The harm caused to Velgos has been irreparable.

WHEREFORE, the Plaintiff PAUL VELGOS prays for judgment against the Defendant ALPHA OMEGA CONTRACTORS, INC. that:

a. Alpha Omega and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of  17 U.S.C. § 501;

b. Alpha Omega be required to pay Velgos his actual damages and Defendant's profits attributable to the infringement, or, at Velgos' election, statutory damages, as provided in  17 U.S.C. § 504;

c. Velgos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Velgos be awarded pre- and post-judgment interest; and

e. Velgos be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Velgos hereby demands a trial by jury of all issues so triable.

DATED: July 8, 2025                    Respectfully submitted,


*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Paul Velgos*