Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Paul Velgos*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL VELGOS,<br><br>  Plaintiff,<br><br>v.<br><br>ALPHA OMEGA CONTRACTORS, INC.,<br><br>  Defendant. | CASE NO.: 8:25-cv-01474-JWH-KES<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff PAUL VELGOS ("Velgos"), by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that the parties have reached a settlement, and requests until October 3, 2025 in which to file a Notice of Dismissal.

DATED:  September 3, 2025              Respectfully submitted,

1

| | |
|---|---|
| 1 | */s/ Matthew L. Rollin* |
| 2 | MATTHEW L. ROLLIN |
|   | **SRIPLAW, P.A.** |
| 3 | *Attorneys for Plaintiff Paul Velgos* |